IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:06CV251 |
| Plaintiff, | |
| V. | ORDER OF REFERENCE |
| MICHAEL D. RHOADES, PEARL H. RHOADES, and UNKNOWN HEIRS, EXECUTORS, ADMINISTRATORS, DEVISEES, TRUSTEES, LEGATEES, CREDITORS AND ASSIGNEES OF SUCH OF THE DEFENDANTS AS MAY BE DECEASED, | |
| Defendants. | |

This matter is before the court on the defendant Michael D. Rhoades "Suggestion of Bankruptcy." (Filing No. 16). Upon consideration of the filing,

IT IS ORDERED:

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. All pending motions and applications are denied, and upon the withdrawal of this reference, the parties may revive those motions and applications by the filing of a notice to that effect;

3. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska; and

4. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 21st day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge