IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| MICHAEL D. RHOADES, | ) | |
| | ) | CASE NO. BK06-41563-TLS |
| Debtor(s). | ) | |
| UNITED STATES OF AMERICA, | ) | A06-4101-TLS |
| | ) | |
| Plaintiff, | ) | 8:06CV251 |
| | ) | |
| vs. | ) | CH. 13 |
| | ) | |
| MICHAEL D. RHOADES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

REPORT & RECOMMENDATION

This matter is before the court on the United States' motion to withdraw the reference and reinstate the case to the United States District Court (Fil. #7).

I respectfully recommend to the United States District Court for the District of Nebraska that reference of the case be withdrawn so the parties may proceed in district court. The United States has obtained relief from the automatic stay in the bankruptcy case to permit it to proceed with its foreclosure action.

The Clerk of the Bankruptcy Court shall process this recommendation pursuant to the local court rules.

DATED:   April 25, 2007

RESPECTFULLY SUBMITTED,

 /s/ Thomas L. Saladino
United States Bankruptcy Judge

Notice given by the Court to:
   James Nisley
   *Laurie Barrett
   U.S. Trustee
   Kathleen Laughlin

Movant (*) is responsible for giving notice to other parties if required by rule or statute.