IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | BK 06-41563 TLS |
| ) | |
| MICHAEL D. RHOADES, ) | A 06-4101 TLS |
| ) | |
| Debtor, ) | |
| ) | |
| ———————————————— ) | ———————————————— |
| ) | |
| UNITED STATES OF AMERICA, ) | CASE NO. 8:06CV251 |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | |
| MICHAEL D. RHOADES, The ESTATE ) | MEMORANDUM AND ORDER |
| OF PEARL H. RHOADES (Deceased), ) | WITHDRAWING REFERENCE |
| and UNKNOWN HEIRS, EXECUTORS, ) | |
| ADMINISTRATORS, DEVISEES, ) | |
| TRUSTEES, LEGATEES, CREDITORS ) | |
| AND ASSIGNEES OF SUCH OF THE ) | |
| DEFENDANTS AS MAY BE ) | |
| DECEASED, ) | |
| ) | |
| Defendants. ) | |

    This matter was referred to the Bankruptcy Court pursuant to 28 U.S.C. § 157 and NEGenR 1.5(a)(1). It is now before the Court on the Report and Recommendation of Judge Thomas L. Saladino of the United States Bankruptcy Court to withdraw the reference. (Filing No. 19). Judge Saladino reports that the United States obtained relief from the automatic stay in the bankruptcy case to permit it to proceed with its foreclosure action in this Court, and he recommends that the reference of the case to the bankruptcy court be withdrawn. The deadline for objecting to the Report and Recommendation has expired, and no objection has been made. Accordingly,

IT IS ORDERED:

1) The Report and Recommendation of Judge Saladino (Filing No. 19) is adopted in its entirety;

2) The reference of this case to the United States Bankruptcy Court is hereby withdrawn;

3) The United States may pursue the foreclosure action as alleged in the Complaint, and

4) The Clerk of the District Court shall process this order according to the local rules of the court.

DATED this 5th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge