IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV251 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL D. RHOADES, PEARL H. RHOADES, (Deceased), The Estate Of, and UNKNOWN HEIRS, EXECUTORS, ADMINISTRATORS, DEVISEES, TRUSTEES, LEGATEES, CREDITORS AND ASSIGNEES OF SUCH OF THE DEFENDANTS AS MAY BE DECEASED, | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon notice of settlement given to the magistrate judge by Robert Homan counsel for the plaintiff,

**IT IS ORDERED:**

1. This case is hereby stayed;

2. On or before **November 10, 2007** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case; and

3. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice

Dated this 10th day of October 2007.

BY THE COURT:

F. A. Gossett
United States Magistrate Judge