IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | 8:06CV251 |
| Plaintiff,     ) | |
| ) | |
| v.     ) | ORDER TO VACATE |
| ) | JUDGMENT AND |
| MICHAEL D. RHOADES, et al.,     ) | DISMISS COMPLAINT |
| ) | |
| Defendant(s).     ) | |

Upon motion of the United States and for good cause shown, including the Defendants' satisfaction of the debt owed to the Plaintiff,

IT IS HEREBY ORDERED:

1. The Motion to Vacate Judgment and to Dismiss the Complaint (Filing No. 24) is granted; and

2. The Judgment and Decree of Foreclosure and Order of Sale (Filing No. 13) is vacated;

3. Plaintiff's Complaint is dismissed with prejudice.

DATED this 19th day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge